UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – NEWARK
-------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                                              **ORDER**

ALEX MONTERROZA,                                    09 Cr. 00417 (SDW)

               Defendant.
-------------------------------------------------X

      An application having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of Seven Thousand Dollars ($7,000.00) cash, to deposit the same in the registry of this Court in lieu and place of bail for the appearance of the above named defendant before the United States District Court for the District of New Jersey in accordance with the provisions of the bond given by the said defendant;

      WHEREAS Juan Flores posted the Seven Thousand Dollars ($7,000.00) cash bail as secured collateral under Bail Receipt No. 200 352 877 for this criminal case;

      WHEREAS Juan Flores signed a bail assignment, setting, and transferring all of his rights, title, and interest in the $7000.00 cash bail to Sam Braverman, Esq. for legal services rendered;

      WHEREAS the defendant was sentenced to time served by the United States District Judge Susan D. Wigenton on September 14, 2009;

      IT IS HEREBY ORDERED that the Clerk of this Court pay out of the registry of this Court the sum of Seven Thousand Dollars ($7,000.00) to Sam Braverman, the assignee of the bail posted by the defendant.

Dated:    Newark, New Jersey
              January 5, 2010

                                                      UNITED STATES DISTRICT JUDGE